IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA MORGAN-SELF,                             2:11-CV-00459-SU

        Plaintiff,                         ORDER

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

On May 9, 2012, Magistrate Judge Sullivan issued a Findings and Recommendation (#22) recommending Defendant Commissioner's final decision denying Plaintiff's application for Supplemental Security Income Benefits under Title XVI of the Social Security Act, 42 U.S.C. §1381-83f, should be reversed and remanded to the Commissioner for the immediate calculation and award of benefits.

Any objections to the magistrate judge's Findings and Recommendation were required to be filed by May 29, 2012.

1 - ORDER

Because no objections to the magistrate judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error. The court, therefore, **ADOPTS** the magistrate judge's Findings and Recommendation.

### CONCLUSION

Accordingly, the court **REVERSES** the Commissioner's final decision denying plaintiff's application for Supplemental Security Income Benefits and **REMANDS** this matter to the Commissioner for the immediate payment of such benefits.

IT IS SO ORDERED.

DATED this 7 day of June, 2012.

_____
Malcolm F. Marsh
United States District Judge

2 - ORDER